# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 3, 2026

*By the Court:*

| | |
|---|---|
| No. 26-3265 | COINBASE FINANCIAL MARKETS, INC.,<br>Plaintiff - Appellee<br><br>v.<br><br>KWAME RAOUL, et al.,<br>Defendants - Appellants |
| No. 26-3266 | UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,<br>Plaintiffs - Appellees<br><br>and<br><br>COALITION FOR FAIR MARKETS and NORTH AMERICAN DERIVATIVES EXCHANGE, INC., d/b/a OG,<br>Intervening Plaintiffs - Appellees<br><br>v.<br><br>STATE OF ILLINOIS, et al.,<br>Defendants - Appellants |
| No. 26-3267 | KALSHIEX LLC,<br>Plaintiff - Appellee<br><br>v.<br><br>KWAME RAOUL, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court Nos: 1:25-cv-15406, 1:26-cv-03659, & 1:26-cv-07363<br>Northern District of Illinois, Eastern Division<br>District Judge Martha M. Pacold | |

The court, on its own motion, orders that these appeals are **CONSOLIDATED** for purposes of briefing and disposition. The briefing schedule is as follows:

1. The appellants shall file their consolidated brief and required short appendix on or before December 14, 2026.

2. The appellees shall file their brief(s) on or before January 13, 2027.

3. The appellants shall file their reply brief, if any, on or before February 3, 2027.

A review of the short records reveals that these appeals involve more than one appellee represented by different counsel. Counsel for appellees are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellee's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel. *See United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).